IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-CR-0276-CNS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOSE MOLINA-VEGA,
    a/k/a "Pepe",
2. HUGO MURILLO-GONZALEZ,
3. JESUS ALEJANDRO CALLEJAS-BELTRAN,
    a/k/a "Daniel",
4. ANTONIO CASTILLO-JUAREZ,
5. ISAIAS CABELLO,
6. CESAR ISMAEL ORTIZ,

      Defendants.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

From in and at least sometime in April 2023, up to and including on or about May 7, 2024, in the State and District of Colorado and elsewhere, the defendants, JOSE MOLINA-VEGA, a/k/a "Pepe"; HUGO MURILLO-GONZALEZ; JESUS ALEJANDRO CALLEJAS-BELTRAN, a/k/a "Daniel"; ANTONIO CASTILLO-JUAREZ; ISAIAS CABELLO; and CESAR ISMAEL ORTIZ, and others both known and unknown to the Grand Jury, did knowingly and intentionally conspire and agree, with interdependence, to

distribute and possess with the intent to distribute: 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance; 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance; 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; and 500 grams and more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(vi), (b)(1)(A)(viii), and (b)(1)(B)(ii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about May 18, 2023, in the State and District of Colorado, the defendant, HUGO MURILLO-GONZALEZ, did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT 3

On or about September 28, 2023, in the State and District of Colorado, the defendant, JOSE MOLINA-VEGA, a/k/a "Pepe," did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

## COUNT 4

On or about September 28, 2023, in the State and District of Colorado, the defendant, JOSE MOLINA-VEGA, a/k/a "Pepe," did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT 5

On or about October 23, 2023, in the State and District of Colorado, the defendant, JOSE MOLINA-VEGA, a/k/a "Pepe," did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl ) -4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

## COUNT 6

On or about October 23, 2023, in the State and District of Colorado, the defendant, JOSE MOLINA-VEGA, a/k/a "Pepe," did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT 7

On or about November 9, 2023, in the State and District of Colorado, the defendant, JOSE MOLINA-VEGA, a/k/a "Pepe," did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT 8

On or about November 21, 2023, in the State and District of Colorado, the defendant, JESUS ALEJANDRO CALLEJAS-BELTRAN, a/k/a "Daniel," did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT 9

On or about November 28, 2023, in the State and District of Colorado, the defendant, CESAR ISMAEL ORTIZ, did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine,

4

its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT 10

On or about December 4, 2023, in the State and District of Colorado, the defendant, JESUS ALEJANDRO CALLEJAS-BELTRAN, a/k/a "Daniel," did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT 11

On or about December 28, 2023, in the State and District of Colorado, the defendant, ISAIAS CABELLO, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii).

## COUNT 12

On or about January 9, 2024, in the State and District of Colorado, the defendant, ANTONIO CASTILLO-JUAREZ, did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of methamphetamine, its salts, isomers, and

salts of its isomers, a Schedule II controlled substance and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT 13

On or about January 11, 2024, in the State and District of Colorado, the defendant, JOSE MOLINA-VEGA, a/k/a "Pepe," did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 13 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of the violations alleged in Counts 1 through 13 of this Indictment involving violations of Title 21, United States Code, Sections 841(a)(1) and 846 the defendants, JOSE MOLINA-VEGA a/k/a "Pepe", HUGO MURILLO-GONZALEZ, JESUS ALEJANDRO CALLEJAS-BELTRAN a/k/a "Daniel", ANTONIO CASTILLO-JUAREZ, ISAIAS CABELLO, CESAR ISMAEL ORTIZ, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendants' right,

title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to a money judgment in the amount of proceeds obtained by the conspiracy and by the defendants.

      3.      If any of the property described in paragraph 2 above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

//

//

//

//

//

//

7

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL:

*Ink Signature on File in the Clerk's Office*
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/ Dustin André-Vandenberg*
Dustin André-Vandenberg
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0117
E-mail:  dustin.andre-vandenberg@usdoj.gov
Attorney for Government

8